# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 24-mj-06-AJ
)
an Apple iPhone 13 smartphone, bearing serial number )
KR992D0W4G and IMEI 359272532088863 )
)

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A

located in the _____ District of New Hampshire, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | False Statement during Purchase of Firearm |
| 18 U.S.C. §922(a)(1)(A) | Dealing Firearms without FFL |
| 18 U.S.C. §922(g)(3) | Possession of a Firearm by a Prohibited Person |

The application is based on these facts:
See attached Affidavit in Support of Application for Search Warrant of ATF Special Agent Pat Dawley, attached hereto and incorporated herein.

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Patrick Dawley
*Applicant's signature*

Patrick Dawley, Special Agent ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone *(specify reliable electronic means)*.

Andrea K. Johnstone
*Judge's signature*

Date: **Jan 22, 2024**

City and state: Concord, New Hampshire      Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*